**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                        (State)

Case number (if known): _____ Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

12/15

*If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.*

1. **Debtor's name**

   SDI Solutions LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   See Exhibit A

3. **Debtor's federal Employer Identification Number (EIN)**

   3 6 – 4 1 1 5 3 8 9

4. **Debtor's address**

   **Principal place of business**

   33 W. Monroe
   Number    Street

   Suite 400

   Chicago            IL      60603
   City               State   ZIP Code

   Cook County, Illinois
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City               State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City               State   ZIP Code

5. **Debtor's website (URL)**

   www.sdisolutions.com

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

| Debtor | SDI Solutions LLC | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

 _5_ _6_ _1_ _6_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes. Debtor _SDI Opco Holdings, LLC_ Relationship _Affiliate_

District _Delaware_ When _03/13/2016_
MM / DD / YYYY

Case number, if known _____

---

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 2

Debtor   SDI Solutions LLC                                    Case number (If known)
         Name

| | |
|---|---|
| **11. Why is the case filed in this district?** | *Check all that apply:*<br><br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>                                    Number        Street<br><br>_____<br><br>_____<br>City                                   State        ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br><br>Contact name _____<br><br>Phone _____ |

---

**Statistical and administrative information**

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br><br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| **14. Estimated number of creditors** | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|
| | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☒ 200-999 | | |

| **15. Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | SDI Solutions LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| **16. Estimated liabilities** | ☐ $0–$50,000 | ☐ $1,000,001–$10 million | ☐ $500,000,001–$1 billion |
|---|---|---|---|
| | ☐ $50,001–$100,000 | ☒ $10,000,001–$50 million | ☐ $1,000,000,001–$10 billion |
| | ☐ $100,001–$500,000 | ☐ $50,000,001–$100 million | ☐ $10,000,000,001–$50 billion |
| | ☐ $500,001–$1 million | ☐ $100,000,001–$500 million | ☐ More than $50 billion |

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **03/13/16**
MM / DD / YYYY

✗ _____ 
Signature of authorized representative of debtor

David Sullivan
Printed name

Title  Chief Executive Officer

---

**18. Signature of attorney**

✗ /s/Stuart M. Brown
Signature of attorney for debtor

Date  **03/13/16**
MM / DD / YYYY

Stuart M. Brown
Printed name

DLA Piper LLP (US)
Firm name

1201 North Market Street, Suite 2100
Number    Street

| Wilmington | DE | 19801 |
|---|---|---|
| City | State | ZIP Code |

| 302.468.5700 | stuart.brown@dlapiper.com |
|---|---|
| Contact phone | Email address |

| DE Bar No. 4050 | DE |
|---|---|
| Bar number | State |

---

**EXHIBIT A**

**SDI SOLUTIONS LLC**
**OTHER TRADE NAMES**

SDI Solution LLC

SDI Solutions

System Development.Integration, Inc.

System Development Integration, Inc.

System Development.Integration, LLC

System Development Integration, LLC

SDI LLC

SDI, Inc.

SDI Corporation

SDI-isys, LLC

SDI isys LLC

SDi-isys LLC

SDI-ISYS LLC

SDI-I-SYS, LLC

SDI-Isys

SDI-isys

SDI-ISYS

SDI-I-SYS

I-Sys Corp.

I-SYS Corp.

i-Sys Corp

i-sys Corp.

I-Sys Corporation

Isys Corporation

I-Sys

I-SYS

i-sys an SDI Company

Yamas/I-Sys Corp.

Yamas

Yamas Environmental Systems, Inc.

Orion Systems Group, LLC

Orion Systems Group, L.L.C.

Orion Systems Group, LLC d/b/a X7 System Integration

Orion Systems Group T/A X7 Systems Integration

Orion Systems Group

Orion Systems

Orion Group dba X7SI

Orion

X7 Systems Integration

X7 Systems Integration, an SDI company

Orion Systems Group, LLC d/b/a SDI Solutions

X7

X7, and SDI Company

SDI-Fairfax

**WRITTEN CONSENT OF THE SOLE MEMBER OF**
**SDI SOLUTIONS LLC**
**February 24, 2016**

The undersigned, being the sole member (the "Member") of SDI Solutions LLC, a Delaware limited liability company (the "Company"), hereby consents to the following actions and adopts the following resolutions by unanimous written consent without a meeting, and that confirms that such resolutions have not been modified, rescinded, or revoked and are present in full force and effect: ·

**WHEREAS**, the Member has considered recommendations of senior management of the Company, as well as the Company's legal and financial advisors, as to the liabilities and liquidity situation of the Company, the strategic alternatives available to it, and the effect of the foregoing on the Company's business; and

**WHEREAS**, the Member has determined that it is desirable, fair, reasonable, and in the best interests of the Company, the Company's creditors, and other parties in interest for the Company to file a voluntary petition seeking relief under chapter 11 of the Bankruptcy Code;

**NOW, THEREFORE, IT IS HEREBY:**

**RESOLVED**, that in the judgment of the Member, it is desirable and in the best interests of the Company, its creditors, and other parties in interest, that the Company shall be and hereby is authorized to file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code" and such chapter 11 case, the "Bankruptcy Case") in a court of proper jurisdiction; and it is further

**RESOLVED**, that David Sullivan, Greg Sullivan, and any other officer of the Company (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers be, and they hereby are, authorized, empowered, and directed to execute and file on behalf of the Company all petitions, schedules, lists and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business; and it is further

**RESOLVED**, that the Authorized Officers are hereby authorized and instructed to make such arrangements as they deem necessary or proper for the Company to use existing cash collateral or to borrow additional funds, either as a debtor in possession under chapter 11 of the Bankruptcy Code or otherwise, including under a loan agreement with PGV Solutions Midwest, LLC, and that such officers are hereby authorized and instructed, on behalf of and in the name of the Company, to negotiate and agree with lenders as to the terms and amounts of any such cash collateral use or further borrowings and to grant such security interests in, or liens on the assets of the Company, and to execute and deliver appropriate agreements for such use of postpetition financing in connection with the Bankruptcy Case, including the granting of liens to any such lender(s) to such agreement(s), and to take such additional action and execute and deliver such other agreements, instruments or documents proposed to be executed and delivered by or on

behalf of the Company pursuant thereto or in connection therewith, all with such changes therein and additions thereto as any such officer, in their sole discretion, may deem necessary or proper in connection with such further borrowings; and it is further

RESOLVED, that the Authorized Officers are authorized to execute and file (or direct others to do so on behalf of the Company as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers and, in connection therewith, to employ and retain legal counsel, financial advisors, investment bankers, accountants or other professionals and to take any and all action that they deem necessary and proper in connection with the Bankruptcy Case; and it is further

RESOLVED, that the Member has determined, in light of current circumstances and after consultation with the Company and its professional advisors, and in connection with the filing of the Bankruptcy Case, that it is in the best interests of the Company, its creditors, and other interested parties to authorize the Company to enter into one or more sale or restructuring transactions (collectively, the "Restructuring Transactions"), including through the sale of all or substantially all of the Company's assets under section 363 of the Bankruptcy Code and other related pleadings and documents; and it is further

RESOLVED, that the Authorized Officers are hereby authorized and empowered, in the name of and on behalf of the Company, to take actions and negotiate or cause to be prepared and negotiated and to execute, deliver, perform and cause the performance of any agreements, certificates, instruments, petitions, motions or other papers or documents in furtherance of the Restructuring Transactions to which the Company is or will be a party, including but not limited to, any asset purchase agreement (including any asset purchase agreement with PGV Solutions Midwest, LLC), chapter 11 plan, disclosure statement, and all exhibits and/or ancillary documents related thereto (collectively, the "Restructuring Documents"); and it is further

RESOLVED, that the Authorized Officers are hereby authorized and empowered in the name of, and on behalf of, the Company to take any and all actions to (i) obtain bankruptcy court approval of the Restructuring Documents in connection with the Restructuring Transactions, and (ii) obtain bankruptcy court approval of all Restructuring Transactions; and it is further

RESOLVED, that the law firm of DLA Piper LLP (US) ("DLA Piper") shall be retained as general bankruptcy counsel for the Company in the Bankruptcy Case, and the Authorized Officers are hereby authorized and directed to execute retention agreements, pay retainers prior to and immediately upon the filing of the Bankruptcy Case and cause to be filed an application for authority to retain the services of DLA Piper during the Bankruptcy Case; and it is further

RESOLVED, that Gulf Atlantic Capital Corporation ("Gulf Atlantic") shall be retained to serve as the financial advisor to the Company, and the Authorized Officers are hereby authorized and directed, to execute retention agreements, pay retainers prior to and immediately upon the filing of the Bankruptcy Case and cause to be filed an application for authority to retain the services of Gulf Atlantic during the Bankruptcy Case; and it is further

**RESOLVED**, that the Authorized Officers are authorized and directed to employ any other firms as professionals or consultants to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code and, in connection therewith, the Authorized Officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case and cause to be filed an appropriate application for authority to retain the services of such firms; and it is further

**RESOLVED**, that the Authorized Officers are authorized and directed, in the name of and on behalf of the Company, under the Company's corporate seal or otherwise, to make, enter into, execute, deliver and file any and all other or further agreements, documents, certificates, materials and instruments, to disburse funds of the Company, to take or cause to be taken any and all other actions, and to incur all such fees and expenses as any such officer deems to be necessary, appropriate or advisable to carry out the purposes of the foregoing resolutions and the transactions contemplated thereunder and/or to successfully complete the Bankruptcy Case, the taking of any such action or execution of any such documents and/or agreements to constitute conclusive evidence and the exercise of such discretionary authority; and it is further

**RESOLVED**, that any act or acts of the Company and/or its officers, directors, or of any person or persons designated and authorized to act by an officer of the Company, which act or acts would have been authorized by the foregoing resolutions except that such act or acts were taken prior to the adoption of such resolutions, be, and they hereby are, ratified, confirmed, authorized, approved and adopted in all respects and for all purposes as acts in the name and on behalf of the Company; and it is further

**RESOLVED** that this Written Consent may be executed by facsimile, telecopy or other electronic means or reproduction, and such execution shall be considered valid, binding and effective for all purposes.

*[Signature Page Follows]*

**IN WITNESS WHEREOF**, the undersigned has executed this written consent of the Sole Member as of the date first set forth above, thereby agreeing that the foregoing recitals and resolutions shall be of the same force and effect as if regularly adopted at a meeting of the Sole Member of the Company duly called and held.

**SDI OPCO HOLDINGS, LLC**

By: _____

Name: _____David Sullivan_____

Title: _____Manager_____

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

SDI SOLUTIONS LLC, *et al.*,

Debtors.[1]

Chapter 11

Case No. 16-_____ (___)

(Joint Administration Requested)

## CONSOLIDATED LIST OF CREDITORS HOLDING
## THE TWENTY LARGEST UNSECURED CLAIMS

The above-captioned debtors and debtors in possession in these chapter 11 cases (collectively, the "Debtors") filed voluntary petitions in this Court for relief under chapter 11 of the United States Bankruptcy Code. The following is a list of the Debtors' twenty largest unsecured creditors on a consolidated basis (the "Top 20 List"), based on the Debtors' books and records as of the petition date. The Top 20 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases. The Top 20 List does not include (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31) or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the twenty largest unsecured claims. The information presented in the Top 20 List shall not constitute an admission by, nor is it binding on, the Debtors. The failure of the Debtors to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtors' right to contest the validity, priority, and/or amount of any such claim.

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  SDI Solutions LLC (5389); and SDI Opco Holdings, LLC (8848).  The mailing address for the Debtors, solely for purposes of notices and communications, is 33 W. Monroe, Suite 400, Chicago, IL 60603.

**Fill in this information to identify the case:**

Debtor name SDI Solutions LLC and SDI Opco Holdings, LLC

United States Bankruptcy Court for the: _____District of Delaware
(State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | I-sys/Deborah Ohlendorf 505 Gilberts Landing, Mount Pleasant, SC 29464 | Debroah Ohlendorf 843-475-1982debra.ohlendorf@gmail.com | Company Sale | Contingent | | | 2,288,904.90 |
| 2 | AP Adler BDP LLC 1400 N.W. 107th Avenue 5th Floor Miami, FL 33172 | Stephen Brownstein T: (305) 392-4110 sbrownstein@adlergroup.com | Office Lease Claim | Disputed | | | 1,421,014.63 |
| 3 | Alliance Data Services 3080 Kronprindsens Gade Suite 200 St. Thomas, USVI 00802 | Michael Carty (340) 998-2840 mcarty@alliancedata.vi | Trade debts | Disputed | | | 482,063.44 |

Debtor Name  SDI Solutions LLC and SDI Opco Holdings, LLC    Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially | Deduction for value of collateral or setoff | Unsecured claim |
| 4  March Networks PO Box 66512 Chicago, IL 60666-0512 | Peter Strom President and CEO (800) 563-5564 | Trade debts | | | | 413,647.90 |
| 5  Pace Systems 2040 Corporate Lane Naperville, IL 60563 | Wayne Liu President (630) 395-2200 | Trade debts | | | | 314,482.84 |
| 6  Honeywell 135 West Forest Hill Avenue, Oak Creek, WI 53154 | Robert Blasofsel Director Honeywell Integrated Services (866) 482-5056 | Trade debts | | | | 258,508.43 |
| 7  Brian Diver 167 Sunset Avenue Glen Ellyn, IL 60137 | Brian Diver 630-333-5509 briandiver@outlook.com | Severance | | | | 240,666.67 |
| 8  Verint Ssytems Inc. 330 South Service Road Melville , New York  11747 United States | Craig Leven VP, Business Finance (631) 962-9600 | Trade debts | | | | 206,459.00 |
| 9  BSG Training and Consulting Inc 2416 South Michigan Ave Suite 200 Chicago, IL 60616-2302 | Mattie Blair President (312) 225-8120 | Trade debts | | | | 204,073.30 |
| 10  iNoc LLC 500 Skokie Boulevard Suite 380 Northbrook, IL 60062 | K. Prasad Rao President/COO (847) 714-9909 | Trade debts | | | | 203,572.20 |

Debtor Name  SDI Solutions LLC and SDI Opco Holdings, LLC   Case number (if known)

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially | Deduction for value of collateral or setoff | Unsecured claim |
| 11  eSentire Inc 278 Pinebush Road Suite 200 Cambridge, ON N1T1Z6 | John Harris CFO/EVP Operations (866) 579-2200 | Trade debts | | | | 180,600.00 |
| 12  AmTrust Realty Corp. 250 Broadway 30th Floor New York, NY 10007 | Anne Holker Senior VP (212) 619-6930 aholker@amtrustRE.com | Office Lease | | | | 165,084.75 |
| 13  Wonomi Technologies 705 Kathy Court Naperville, IL 60563 | Vivek Pinto President (312) 961-1027 vpinto@wonomitechnologies.com | Trade debts | | | | 154,025.00 |
| 14  Derek Radoski 7610 Holiday Drive Alexandria, VA 22308 | Derek Radoski DerekRadoski@gmail.com | Severance | | | | 148,416.67 |
| 15  Milestone Software Solutions 1072 NW 139 TR Pembroke Pines, FL 33028 | Rammohan Kasarla President/CEO (877) 425-8111 | Trade debts | | | | 134,688.00 |
| 16  Royale Systems LLC PO Box 232 St Thomas, USVI 00804 | Hughroy Thomas (340) 774-2579 | Trade debts | | | | 133,086.00 |
| 17  VisionTech 4805 S Prairie Avenue Chicago, IL 60615 | Anthony Scott President (773) 619-7667 | Trade debts | | | | 125,391.92 |

Debtor Name  <u>SDI Solutions LLC and SDI Opco Holdings, LLC</u>    Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially | Deduction for value of collateral or setoff | Unsecured claim |
| 18 | SumTotal Systems, LLC 2850 Northwest 43rd Street, Suite 200, Gainesville, FL 32606-6966 | Jamie Wilson (603) 821-3739 jamie_wilson@skillsoft.com | Trade debts | | | | 119,627.50 |
| 19 | Smart Technology Services 156 North Jefferson Street, #200, Chicago, IL 60661 | Stephen Baker President/CEO (312) 612-8200 | Trade debts | | | | 96,062.50 |
| 20 | Intergraph Corporation 305 Intergraph Way, Madison, Alabama 35758 | Mike Feeney (617) 515-0656 michael.feeney@intergraph.com | Trade debts | | | | 82,401.50 |

Fill in this information to identify the case and this filing:

Debtor Name __SDI Solutions LLC__

United States Bankruptcy Court for the:___ District of __Delaware__
(State)

Case number (If known):_____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204) Presented on a Consolidated Basis
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03/13/16__
MM / DD / YYYY

✗ _____
Signature of individual signing on behalf of debtor

__David Sullivan__
Printed name

__Chief Executive Officer__
Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>SDI SOLUTIONS LLC,<br><br>                              Debtor. | Chapter 11<br><br>Case No. 16- _____ (___)<br><br>(Joint Administration Requested) |

### LIST OF EQUITY SECURITY HOLDERS (RULE 1007(a)(3))

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(3), SDI Solutions LLC hereby

provides the following list of holders of membership interests:

| Name and Address of Interest Holder | % of Interests Held |
|---|---|
| SDI Opco Holdings, LLC<br>33 W. Monroe, Suite 400<br>Chicago, IL 60603 | 100% |

---

**Fill in this information to identify the case and this filing:**

Debtor Name ___SDI Solutions LLC_____

United States Bankruptcy Court for the: _____ District of ___Delaware___
(State)

Case number (If known): _____

---

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration_____List of Equity Security Holders_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___03/13/2016___        ✗ _____
MM / DD / YYYY                          Signature of individual signing on behalf of debtor

                                        David Sullivan
                                        Printed name

                                        Chief Executive Officer
                                        Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SDI SOLUTIONS LLC, | Case No. 16-_____ (___) |
| Debtor. | (Joint Administration Requested) |

## <u>CORPORATE OWNERSHIP STATEMENT (RULE 1007(a)(1))</u>

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1, SDI Solutions LLC hereby certifies that SDI Opco Holdings, LLC holds a 100% membership interest in SDI Solutions LLC.

**Fill in this information to identify the case and this filing:**

Debtor Name ___SDI Solutions LLC_____

United States Bankruptcy Court for the: _____ District of __Delaware___
                                                           (State)

Case number (*if known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule ____*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration___Corporate Ownership Statement_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03/13__/2016    ✗ _____
        MM / DD / YYYY                      Signature of individual signing on behalf of debtor

                                     David Sullivan_____
                                     Printed name

                                     Chief Executive Officer_____
                                     Position or relationship to debtor

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SDI SOLUTIONS LLC,<br><br><div align="right">Debtor.</div> | Chapter 11<br><br>Case No. 16- _____ (___)<br><br>(Joint Administration Requested) |

### CONSOLIDATED LIST OF CREDITORS

SDI Solutions LLC and SDI Opco Holdings, LLC (collectively, the "Debtors") each filed a petition in this Court on March 13, 2016, for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532.  Contemporaneously with the filing of the petitions, the Debtors filed a single consolidated list of creditors (the "Consolidated Creditor List"), in lieu of separate lists.

*[information provided in electronic format]*

---

**Fill in this information to identify the case and this filing:**

Debtor Name  SDI Solutions LLC

United States Bankruptcy Court for the: _____ District of  Delaware
                                                                   (State)

Case number (if known): _____

---

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a declaration  Consolidated Creditor List _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **03/13/2016**              ✗ _____
             MM / DD / YYYY                  Signature of individual signing on behalf of debtor

                                          David Sullivan _____
                                          Printed name

                                          Chief Executive Officer _____
                                          Position or relationship to debtor

---