**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| SDI Solutions LLC, *et al.* | : | Case No. 16-10627 (CSS) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

---------------------------------

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **I-sys/Debra Ohlendorf,** 505 Gilbert Landing, Mount Pleasant, SC 29464, Phone: 843-475-1982, Fax: 843-863-0462

2. **AP Adler BDP LLC,** c/o Adler Group, Attn: Steven R. Brownstein, 1400 NW 107 Ave., 5th Floor, Miami, FL 33172, Phone: 305-392-4100, Fax: 305-392-4022

3. **March Networks, Inc.,** Attn: Christine Maher, 303 Terry Fox Dr., Ste. 200, Ottawa, ON K1Y 3L3, Phone: 613-591-8228 x 5761, Fax: 613-591-5210

4. **Inoc, LLC**, Attn: Prasad K. Rao, 500 Skokie Blvd., Ste. 380, Northbrook, IL 60062, Phone: 847-714-9909 x 100, Fax: 847-714-9919

5. **Derek Radoski**, 7610 Holiday Dr., Alexandria, VA 22300, Phone: 703-447-1504


                                              ANDREW R. VARA
                                              Acting United States Trustee, Region 3


                                              /s/ Timothy J. Fox for
                                              T. PATRICK TINKER
                                              ASSISTANT UNITED STATES TRUSTEE

DATED: March 24, 2016

Attorney assigned to this Case: Timothy J. Fox, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Stuart M. Brown, Esquire, Phone: (302) 468-5640, Fax: (302) 778-7913