# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re : | Chapter 11 |
| SDI SOLUTIONS LLC, *et al.*,[1] : | Case No. 16-10627 (CSS) |
| Debtors. : | (Jointly Administered) |

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that pursuant to section 1109(b) of 11 U.S.C. §§ 101-1532 (as amended and applicable to the Bankruptcy Cases, the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the law firms of Arent Fox LLP and Womble Carlyle Sandridge & Rice, LLP hereby enter their appearances as proposed counsel for the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned bankruptcy cases (the "Bankruptcy Cases").

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rules 2002(i), 3017, and 9007, the undersigned request that copies of all notices, pleadings and all other papers required to be served in the Bankruptcy Cases be served upon the following persons, and that such persons be added to the mailing matrix in the Bankruptcy Cases:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: SDI Solutions LLC (5389); and SDI Opco Holdings, LLC (8848). The mailing address for the Debtors, solely for purposes of notices and communications, is 33 W. Monroe, Suite 400, Chicago, IL 60603

| | |
|---|---|
| George P. Angelich, Esquire<br>Beth M. Brownstein, Esquire<br>**ARENT FOX LLP**<br>1675 Broadway<br>New York, NY 10019<br>Telephone: (212) 484-3900<br>Facsimile: (212) 484-3990<br>E-mail: george.angelich@arentfox.com<br>E-mail: beth.brownstein@arentfox.com<br><br>and<br><br>Jeffrey N. Rothleder, Esquire<br>**ARENT FOX LLP**<br>1717 K Street, NW<br>Washington, DC 20006<br>Telephone: (202) 857-6000<br>Facsimile: (202) 857-6395<br>E-mail: jeffrey.rothleder@arentfox.com | Matthew P. Ward, Esquire<br>Ericka F. Johnson, Esquire<br>**WOMBLE CARLYLE SANDRIDGE<br>   & RICE, LLP**<br>222 Delaware Avenue, Suite 1501<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>E-mail: maward@wcsr.com<br>E-mail: erjohnson@wcsr.com |

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code sections 342 and 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any orders and notices of any notice, application, complaint, demand, motion, petition, pleading, disclosure statement or plan of reorganization, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight or hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the Bankruptcy Cases and proceedings therein.

Neither this Notice of Appearance, nor any subsequent appearance, pleading, claim or suit, is intended to waive: (a) the right of Committee to have final orders in (i) non-core matters, and (ii) matters designated for final adjudication in the Bankruptcy Court as a statutory matter pursuant to 28 U.S.C. § 157(b), but prohibited

from proceeding as such pursuant to Article III of the Constitution, entered only after <u>de novo</u> review by a federal district court judge (and nothing contained herein shall be construed or otherwise deemed to be a waiver of such right by Committee or consent by Committee to final adjudication in the Bankruptcy Court of such matters); (b) the right of Committee to have the reference withdrawn by the federal district court in any matter subject to mandatory or discretional withdrawal; (c) the right of Committee to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (d) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice; (e) an election of remedy; or (f) any other rights, claims, actions, defenses, setoffs, or recoupments to which Committee is or may be entitled under any agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  March 28, 2016  **WOMBLE CARLYLE SANDRIDGE & RICE, LLP**

*/s/ Matthew P. Ward*
Matthew P. Ward (DE Bar No. 4471)
Ericka F. Johnson (DE Bar No. 5024)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone:  (302) 252-4320
Facsimile:  (302) 252-4330
E-mail:  maward@wcsr.com
E-mail:  erjohnson@wcsr.com

-and-

George P. Angelich, Esquire
Beth M. Brownstein, Esquire
ARENT FOX LLP
1675 Broadway
New York, New York 10019
Telephone:  (212) 484-3900
Facsimile:  (212) 484-3990
E-mail:  george.angelich@arentfox.com
E-mail:  beth.brownstein@arentfox.com

-and-

Jeffrey N. Rothleder, Esquire
ARENT FOX LLP
1717 K Street, NW
Washington, DC 20006
Telephone:  (202) 857-6000
Facsimile:  (202) 857-6395
E-mail:  jeffrey.rothleder@arentfox.com

*Proposed Counsel for the Official
Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I, Heidi Sasso, certify that I am not less than 18 years of age, and that on March 28, 2016, a copy of the foregoing document was electronically filed by CM/ECF, and I caused copies to be served upon the following parties by U.S. First Class mail, postage prepaid:

> Stuart M. Brown, Esquire
> Kaitlin M. Edelman, Esquire
> DLA Piper LLP (US)
> 1201 North Market Street, Suite 2100
> Wilmington, DE 19801
>
> Thomas R. Califano, Esquire
> Daniel G. Egan, Esquire
> DLA Piper LLP (US)
> 1251 Avenue of the Americas
> New York, NY 10020
>
> Timothy Jay Fox, Jr.
> Office of the U.S. Trustee
> 844 King St., Suite 2207
> Lockbox 35
> Wilmington, DE 19801

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: March 28, 2016                     */s/ Heidi Sasso*
                                          Heidi Sasso